APPENDIX G

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

EQUITRUST LIFE INSURANCE COMPANY

V.

MARIE CHAGNON, et al.

Civil Action No: ____________

DISCLOSURE STATEMENT FORM

Please check one box:

☐ The nongovernmental corporate party, ____________, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☑ The nongovernmental corporate party, EquiTrust Life Insurance Company, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

June Bug Insurance Holdings, LLC

5/5/17
Date

[signature]
Signature

Counsel for: Plaintiff EquiTrust Life Insurance Company

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**

(a) WHO MUST FILE; CONTENTS. A nongovernmental corporate party must file two copies of a disclosure statement that:
(1) identifies any parent corporation and any publicly held corporation owning10% or more of its stock; or

(2) states that there is no such corporation.

(b) TIME TO FILE; SUPPLEMENTAL FILING. A party must:
(1) file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
(2) promptly file a supplemental statement if any required information changes.